# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
All correspondence to:  80 Broad Street, Suite 1900, New York, NY 10004

July 22, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2020
```

**BY ECF ONLY**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

 RE:  *United States v. Travis Henry*, 15-cr-288 (RMB)

Dear Judge Berman:

 The CJA Clerk's Office has advised me that CJA appointed lawyers working on compassionate release motions are required to be reappointed by the Court in order to be compensated for this new litigation.  Accordingly, I respectfully request that Your Honor re-appoint me as CJA counsel for Travis Henry, *nunc pro tunc* to July 11, 2020, in connection with anticipated compassionate release litigation on Mr. Henry's behalf.

 Thank you for your consideration.

  Respectfully submitted

  Jill R. Shellow
  *Counsel for Travis Henry*

Application granted.

cc: Khaliq Donaldson (by Legal Mail)

SO ORDERED:
Date: 7/23/2020    Richard M. Berman
  Richard M. Berman, U.S.D.J.

**Connecticut Office**: 2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted:  NY, CT, DC